UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kenny Regan Major**                                            **Docket No. 5:20-CR-437-1D**

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenny Regan Major, who, upon an earlier plea of guilty to 18 U.S.C. § 2113(a), Bank Robbery, was sentenced by the Honorable Henry M. Herlong Jr., U.S. District Judge for the District of South Carolina, on December 11, 2006, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kenny Regan Major was released from custody on October 4, 2019, at which time the term of supervised release commenced.

A Violation Report was submitted to the District of South Carolina by U.S. Probation Officer Haley Huntley on May 5, 2020, stating that the defendant has failed to comply with his payment plan and was $642.00 in arrears. USPO Huntley recommended that the defendant be continued on supervision to allow him time to pay his financial obligation. The Honorable Henry M. Herlong Jr., Senior U.S. District Judge for the District of South Carolina, agreed with this recommendation on May 6, 2020.

A Violation Report was submitted to the District of South Carolina by U.S. Probation Officer Haley Huntley on May 6, 2020, stating that the defendant committed the criminal offense of Misdemeanor Larceny in Cumberland County, North Carolina on May 5, 2020. No response was received from the District of South Carolina.

Jurisdiction was transferred to the Eastern District of North Carolina on September 24, 2020.

A Violation Report was submitted by U.S. Probation Officer Haley Huntley on September 28, 2020, stating that the defendant committed the criminal offense of Misdemeanor Larceny in Cumberland County, North Carolina on May 5, 2020, and pled guilty to Second Degree Trespassing on August 13, 2020. USPO Huntley recommended that the defendant be continued on supervision. Your Honor agreed with this recommendation on September 29, 2020.

A Violation Report was submitted on November 10, 2020, stating that the defendant submitted a urinalysis sample which tested positive for marijuana on November 2, 2020. This officer recommended no further action be taken as the defendant was referred for a substance abuse assessment at First Step Services. Your Honor agreed with this recommendation on November 10, 2020.

A Violation Report was submitted on February 23, 2021, stating that the defendant admitted to using marijuana on February 1, 2021. This officer recommended no further action be taken as the defendant was enrolled in group substance abuse counseling at Daymark Recovery Services. Your Honor agreed with this recommendation on February 23, 2021.

A Violation Report was submitted on March 30, 2021, stating that the defendant committed the criminal offense of Assault on a Female in Granville County, North Carolina on March 11, 2021. This officer recommended no further action be taken pending the disposition in this matter. Your Honor agreed with this recommendation on March 31, 2021. The criminal charge was voluntarily dismissed in Granville County on April 14, 2021.

Kenny Regan Major
Docket No. 5:20-CR-437-1D
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant committed the criminal offense of Assault on a Female (21CR52518) in Durham County, North Carolina, on May 22, 2021. The next scheduled court date for this matter is June 8, 2021. This officer recommends that the defendant participate in anger management counseling and additional sanctions may be requested if a conviction occurs in this matter.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Peter J. Yalango<br>Peter J. Yalango<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-354-2546<br>Executed On: May 27, 2021 |

**ORDER OF THE COURT**

Considered and ordered this __7__ day of __June__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge